# Jump Legal

Attorneys At Law

Dignity Discretion Experience

www.jumplegal.com
614-487-2314 fax

Jones, Sherri
Online
,

Date: 4/01/2015

Regarding: Jones, Sherri
Invoice No:  02390

**Services Rendered**

| Date | Staff | Description | Hours |
|---|---|---|---|
| 1/27/2015 | BW | Received and reviewed motion to dismiss | 0.30 |
| 2/18/2015 | BW | Drafted response to motion to dismiss | 1.00 |
| 2/19/2015 | BW | Email from client re tax returns | 0.10 |
| 3/19/2015 | BW | Follow up email to client re tax returns | 0.10 |
| 3/20/2015 | BW | Received 2013 tax returns | 0.10 |
| 3/20/2015 | BW | Email to Trustee re withdrawal of motion to dismiss | 0.10 |
| 3/20/2015 | BW | Received withdrawal of motion to dismiss | 0.10 |

Total Fees $450.00

Total New Charges $450.00

**Staff Summary**

| Name | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Brian Wood | Attorney | 1.80 | $250.00 | $450.00 |

Upper Arlington
2130 Arlington Avenue
Upper Arlington, OH 43221
614-481-4480